PETITION TO REHEAR

N.C. CENTRAL UNIVERSITY v. TAYLOR

No. 282PA96

Case below: 345 N.C. 630

Petition by Attorney General to rehear pursuant to Rule 31 denied 8 May 1997.